Lilit Tunyan (SBN 329351)
ltunyan@tunyanlaw.com
Artur Tunyan (SBN 349174)
atunyan@tunyanlaw.com
**TUNYAN LAW, APC**
1336 Rossmoyne Ave
Glendale, California 91207
Telephone: (323) 410-5050

Attorneys for Plaintiff JAVIER RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER RAMIREZ, as an individual and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JONES LANG LASALLE AMERICAS, INC., an Illinois Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-02824-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT (as modified)**<br><br>Action Filed:     May 3, 2023<br>Action Removed:  June 8, 2023<br>Trial Date:       Not set |

# ORDER

Having considered the Parties' Joint Stipulation to Remand Case to State Court ("Joint Stipulation"), and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

1. The Parties' Joint Stipulation is GRANTED.
2. This Action is **REMANDED** to the Superior Court of the State of California for the County of San Francisco.
3. All deadlines, dates, and events presently on calendar are vacated; and
4. The Parties shall bear their own respective attorneys' fees and costs with respect to the removal and subsequent remand.
5. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: 7/5/2023

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE